UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br>    v.<br><br>JAMES R. YOUNG,<br><br>                         Defendants. | CASE NO. CR14-5242RJB<br><br>ORDER DENYING MOTION FOR AN ORDER ALLOWING USE OF TAINT ATTORNEY TO REVIEW EMAILS |

      This matter comes before the court on the above-referenced motion (Dkt. 297). The court has considered the motion and the response (Dkt. 298).

      In view of the objections of the defendant, and the sanctity of attorney-client communications, this motion should be DENIED. In the event that it is necessary to determine attorney-client communication issues arising from telephone use at the Seatac Detention Center, any review necessary should be done by the court and its staff. The motion is hereby DENIED.

      IT IS SO ORDERED.

      The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

      Dated this 4th day of August, 2017.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER DENYING MOTION FOR AN ORDER ALLOWING USE OF TAINT ATTORNEY TO REVIEW EMAILS - 1